| Attorney or Party without Attorney: <br> Michael B. Brown, Esq., SBN: 179222 <br> STOEL RIVES LLP <br> 500 CAPITOL MALL  1600 <br> SACRAMENTO, CA 95814 <br> TELEPHONE No.: (916) 447-0700 | FOR COURT USE ONLY |
|---|---|
| E-MAIL ADDRESS (Optional): <br> FAX No. (Optional): | |
| Attorney for: Plaintiff Metropolitan Life Insurance Company | Ref No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Eastern District of California - District Court

Plaintiff: Metropolitan Life Insurance Company
Defendant: Maricopa Orchards, LLC et al

| PROOF OF SERVICE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: <br> 1:24-cv-01231-KES-SAB |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**Complaint and Exhibits; Corporate Disclosure Statement; Summons; Order Setting Mandatory Scheduling Conference; Notice Of Related Cases; Consent/Decline Of U.S. Magistrate Judge Jurisdiction; Clerk's Notice Reassigning Case; Minute Order; Notice Of Appearance By Robert Cullen Barton; Minute Order**

PARTY SERVED: **Darius Assemi**

DATE & TIME OF DELIVERY: **10/25/2024**
**5:08 PM**

ADDRESS, CITY, AND STATE: **2559 W Lake Van Ness Cir**
**Fresno, CA 93711**

PHYSICAL DESCRIPTION:
- Age: 60
- Sex: Male
- Race: Armenian
- Weight: 230
- Height: 5'9
- Marks:
- Hair: bald
- Eyes:

**MANNER OF SERVICE:**
Personal Service - By personally delivering copies.

Fee for Service: $ 173.00
County:  FRESNO
Registration No.:  S20110000016
Eddings Attorney Support Services, Inc.
1099 East Champlain Dr., Suite A-102
Fresno, CA 93720
(559) 222-2274

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  October 25, 2024.

Signature: _____
Brandon Allison

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]                                                                                                                            Order#: E459745    /General