| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Michael B. Brown, Esq., SBN: 179222<br>STOEL RIVES LLP<br>500 CAPITOL MALL 1600<br>SACRAMENTO, CA 95814<br>TELEPHONE No.: (916) 447-0700<br>*Attorney for:* Plaintiff Metropolitan Life Insurance Company | *FOR COURT USE ONLY*<br><br>*E-MAIL ADDRESS (Optional):*<br>FAX No. (Optional):<br><br>*Ref No. or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Eastern District of California - District Court

*Plaintiff:* Metropolitan Life Insurance Company
*Defendant:* Maricopa Orchards, LLC et al

| PROOF OF SERVICE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>1:24-cv-01231-KES-SAB |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**Complaint and Exhibits; Corporate Disclosure Statement; Summons; Order Setting Mandatory Scheduling Conference; Notice Of Related Cases; Consent/Decline Of U.S. Magistrate Judge Jurisdiction; Clerk's Notice Reassigning Case; Minute Order; Notice Of Appearance By Robert Cullen Barton; Minute Order**

| | |
|---|---|
| PARTY SERVED: | **Farid Assemi** |
| BY LEAVING WITH: | **Alicia Angers - Executive Assistant** |
| DATE & TIME OF DELIVERY: | **10/29/2024**<br>**10:12 AM** |
| ADDRESS, CITY, AND STATE: | **5260 N Palm Ave Ste 421**<br>**Fresno, CA 93704** |
| PHYSICAL DESCRIPTION: | **Age: 40s      Weight: 135         Hair: Black**<br>**Sex: Female   Height: 5'5"        Eyes: Blue**<br>**Race: Caucasian   Marks:** |

**MANNER OF SERVICE:**

Substituted Service - By leaving the copies with or in the presence of Alicia Angers a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him/her of the general nature of the papers.

A declaration of diligence is attached. I thereafter mailed the copies to the person served, addressed as shown in above address, by first-class mail, postage prepaid, on October 29, 2024 from Fresno.

Fee for Service: $ 15.00
  County: FRESNO
  Registration No.: S201710000040
  Eddings Attorney Support Services, Inc.
  1099 East Champlain Dr., Suite A-102
  Fresno, CA 93720
  (559) 222-2274

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 29, 2024.

Signature: _____
BRIAN L. TURNER

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]                              Order#: E459742    /General

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Michael B. Brown, Esq. | SBN: 179222<br>STOEL RIVES LLP<br>500 CAPITOL MALL 1600 SACRAMENTO, CA 95814 | |
| TELEPHONE NO.: (916) 447-0700 | FAX NO. | E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*: Plaintiff: Metropolitan Life Insurance Company | |

| United States District Court, Eastern District of California |
|---|
| STREET ADDRESS: 2500 Tulare Street |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: Fresno, CA 93721 |
| BRANCH NAME: District Court |

| PLAINTIFF/PETITIONER: Metropolitan Life Insurance Company | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Maricopa Orchards, LLC et al | 1:24-cv-01231-KES-SAB |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.: |

I, Brandon Allison , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: Farid Assemi as follows:
Documents:

**Complaint and Exhibits; Corporate Disclosure Statement; Summons; Order Setting Mandatory Scheduling Conference; Notice Of Related Cases; Consent/Decline Of U.S. Magistrate Judge Jurisdiction; Clerk's Notice Reassigning Case; Minute Order; Notice Of Appearance By Robert Cullen Barton; Minute Order**

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 10/25/2024 | 5:00 PM | Home | Unable to gain access to premises due to locked gate - Brandon Allison 7632 N. Marks Ave., Apt. 101, Fresno, CA 93711 |
| 10/26/2024 | 8:45 AM | Home | Unable to gain access to premises due to locked gate - Brandon Allison 7632 N. Marks Ave., Apt. 101, Fresno, CA 93711 |

Fee for Service: **$ 15.00**
County: **FRESNO**
Registration No.: **S20110000016**
**Eddings Attorney Support Services, Inc.**
1099 East Champlain Dr., Suite A-102
Fresno, CA 93720
(559) 222-2274

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 29, 2024.

Signature: _____

**Brandon Allison**

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: E459742

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Michael B. Brown, Esq. | SBN: 179222<br>STOEL RIVES LLP<br>500 CAPITOL MALL  1600 SACRAMENTO, CA 95814 | |
| TELEPHONE NO.: (916) 447-0700 | FAX NO. | E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*: Plaintiff: Metropolitan Life Insurance Company | |

| United States District Court, Eastern District of California |
|---|
| STREET ADDRESS: 2500 Tulare Street |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: Fresno, CA 93721 |
| BRANCH NAME: District Court |

| PLAINTIFF/PETITIONER: Metropolitan Life Insurance Company | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Maricopa Orchards, LLC et al | 1:24-cv-01231-KES-SAB |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.: |

I, BRIAN L. TURNER , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: Farid Assemi as follows:

Documents:

**Complaint and Exhibits; Corporate Disclosure Statement; Summons; Order Setting Mandatory Scheduling Conference; Notice Of Related Cases; Consent/Decline Of U.S. Magistrate Judge Jurisdiction; Clerk's Notice Reassigning Case; Minute Order; Notice Of Appearance By Robert Cullen Barton; Minute Order**

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 10/25/2024 | 3:09 PM | Business | Per John Bezmalinovic, servee not in. - BRIAN L. TURNER<br>5260 N Palm Ave., Suite 421,  Fresno, CA 93704 |
| 10/28/2024 | 2:52 PM | Business | Per John Bezmalinovic, servee not in. - BRIAN L. TURNER<br>5260 N Palm Ave., Suite 421,  Fresno, CA 93704 |
| 10/29/2024 | 10:12 AM | Business | Substituted service on: Farid Assemi; 5260 N Palm Ave Ste 421, Fresno, CA 93704; by serving: Alicia Angers - Executive Assistant, Caucasian Female 40s 135 Black 5'5" Blue. |

Fee for Service: **$ 15.00**
County: **FRESNO**
Registration No.: **S201710000040**
**Eddings Attorney Support Services, Inc.**
1099 East Champlain Dr., Suite A-102
Fresno, CA 93720
(559) 222-2274

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 29, 2024.

Signature: *Brian Turner*

**BRIAN L. TURNER**

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: E459742

| Attorney or Party without Attorney: Michael B. Brown, Esq., SBN: 179222 STOEL RIVES LLP 500 CAPITOL MALL 1600 SACRAMENTO, CA 95814 TELEPHONE No.: (916) 447-0700 Attorney for: Plaintiff Metropolitan Life Insurance Company | E-MAIL ADDRESS (Optional): FAX No. (Optional): Ref No. or File No.: | FOR COURT USE ONLY |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Eastern District of California - District Court

Plaintiff: Metropolitan Life Insurance Company
Defendant: Maricopa Orchards, LLC et al

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 1:24-cv-01231-KES-SAB |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Complaint and Exhibits; Corporate Disclosure Statement; Summons; Order Setting Mandatory Scheduling Conference; Notice Of Related Cases; Consent/Decline Of U.S. Magistrate Judge Jurisdiction; Clerk's Notice Reassigning Case; Minute Order; Notice Of Appearance By Robert Cullen Barton; Minute Order

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Fresno, California, addressed as follows:

   a. Date of Mailing:           October 29, 2024
   b. Place of Mailing:          Fresno, CA
   c. Addressed as follows:      Farid Assemi
                                 5260 N Palm Ave Ste 421
                                 Fresno, CA 93704

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Fresno, California in the ordinary course of business.

Fee for Service: **$ 15.00**
   County: **FRESNO**
   Registration: S-238
**Eddings Attorney Support Services, Inc.**
1099 East Champlain Dr., Suite A-102
Fresno, CA 93720
(559) 222-2274

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 29, 2024.

Signature: _____
**Joseph Cassinerio, II**

**PROOF OF SERVICE BY MAIL**

Order#: E459742   /mailproof