1

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br>v.<br>ACDF, LLC, a California limited liability company, *et al.,*<br><br>Defendants. | Lead Case No. 1:24-cv-01261-KES-SAB<br><br>Consolidated with Case Nos:<br>1:24-cv-01226; 1:24-cv-01230;<br>1:24-cv-01231; 1:24-cv-01232;<br>1:24-cv-01233; 1:24-cv-01235; and<br>1:24-cv-01241<br><br>ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>ORDER CONTINUING SCHEDULING CONFERENCES TO JUNE 3, 2025<br><br>(ECF No. 63) |

Ξ   Affects All Cases
☐   Affects Metropolitan Life Ins. Co. v. ACDF, LLC, et al., 1:24-cv-01261
☐   Affects Metropolitan Life Ins. Co. v. FNF Farms, LLC, et al., 1:24-cv-01226
☐   Affects Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al., 1:24-cv-01230
☐   Affects Metropolitan Life Ins. Co. v. Maricopa Orchards, LLC, et al., 1:24-cv-01231
☐   Affects Brighthouse Life Ins. Co. v. Kamm South, LLC, et al., 1:24-cv-01232
☐   Affects Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al., 1:24-cv-01233 Case No. 1:24-cv-01233
☐   Affects Brighthouse Life Ins. Co. v. ACDF, LLC, et al., 1:24-cv-01235
☐   Affects MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al., 1:24-cv-01241

26

27   ///

28   ///

-1-

On December 18, 2024, Plaintiffs and Defendants ACDF, LLC; Willow Avenue Investments, LLC; Maricopa Orchards, LLC; Manning Avenue Pistachios, LLC; ACDF, LLC, successor in interest to 104 Partners, LLC; C&A Farms, LLC; Cantua Orchards, LLC; FNF Farms, LLC; Panoche Pistachios, LLC; Willow Avenue Investments, LLC; and Kamm South, LLC (collectively "Maricopa Defendants") (ECF No. 63) filed a stipulation to extend the time for Maricopa Defendants to respond to the Complaints in the individual Receivership Cases, Case Nos.: 1:24-cv-01261; 1:24-cv-01226; 1:24-cv-01230; 1:24-cv-01231; 1:24-cv-01232; 1:24-cv-01233; 1:24-cv-01235; and 1:24-cv-01241 to March 17, 2025.  The Court shall also continue the scheduling conferences in each action.

Accordingly, subject to the terms of the stipulation (ECF No. 63) and good cause appearing, IT IS HEREBY ORDERED that:

1.　The Maricopa Defendants shall file their responsive pleadings in the individual Receivership Cases on or before **March 17, 2025**;

2.　The scheduling conferences set for February 6, 2025 in Case Nos. 1:24-cv-01261; 1:24-cv-01226; 1:24-cv-01230; 1:24-cv-01231; 1:24-cv-01232; 1:24-cv-01233; 1:24-cv-01235; and 1:24-cv-01241, are CONTINUED to **June 3, 2025, at 10:00 a.m.** in Courtroom 9; and

3.　The parties shall file joint scheduling reports **seven (7) days** prior to the scheduling conference.  With stipulation from all parties, the parties may file one joint report or may file individual scheduling reports for each individual Receivership Case.

IT IS SO ORDERED.

Dated:　**December 19, 2024**　　　　　　　_____

STANLEY A. BOONE
United States Magistrate Judge

-2-