**MCDERMOTT WILL & SCHULTE LLP**
ROBERT BARTON
rbarton@mwe.com
2049 Century Park East
Suite 3200
Los Angeles, CA  90067-3206
Telephone:     +1 310 277 4110
Facsimile:     +1 310 277 4730

MICHAEL S. NADEL
mnadel@mwe.com
500 North Capitol Street, N.W.
Washington, DC 20001-1531
Telephone:     +1 202 756 8113

Attorneys for Defendant Maricopa Orchards, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>                    Plaintiffs,<br><br>     v.<br><br>MARICOPA ORCHARDS, LLC, et al.,<br><br>                    Defendants. | Case No. 1:24-cv-01231-KES-SAB<br><br>**NOTICE OF CHANGE OF LAW FIRM NAME** |
|---|---|

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that MCDERMOTT WILL & EMERY LLP has changed its name to:

**MCDERMOTT WILL & SCHULTE LLP**

All future references to the firm should reflect this name change. There has been no change in business address or representation of Defendant Maricopa Orchards, LLC.

Dated: August 26, 2025         Respectfully submitted,

**MCDERMOTT WILL & SCHULTE LLP**

By:   /s/ *Robert C. Barton*
ROBERT C. BARTON
MICHAEL S. NADEL

Attorneys for Defendant Maricopa Orchards, LLC

NOTICE OF CHANGE OF LAW FIRM NAME