# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MARICOPA ORCHARDS, LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-01231-KES-SAB<br><br>ORDER REQUIRING PARTIES TO FILE STATUS REPORT REGARDING READINESS FOR SCHEDULING CONFERENCE<br><br>**DEADLINE: OCTOBER 10, 2025** |

On October 10, 2024, Plaintiff commenced this action, which has been related to several cases. (ECF No. 1.) An initial scheduling conference is set for October 28, 2025. (ECF No. 29.) Generally, the Court will hold an initial scheduling conference only when all parties have appeared and all defendants have answered. Given the complex nature of this lawsuit, the Court will direct the parties to explain whether an initial scheduling conference would be appropriate at this time.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that **on or before October 10, 2025**, the parties shall file a joint status report indicating whether they are prepared to hold the initial scheduling conference and/or whether the scheduling conference should be continued for good cause.

IT IS SO ORDERED.

Dated:    **October 6, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2