# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MARICOPA ORCHARDS, LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-01231-KES-SAB<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE |

On October 6, 2025, the Court directed the parties to file a joint status report regarding whether they were prepared to hold the initial scheduling conference in this matter. (ECF No. 35.) The parties timely complied and requested that the Court continue the conference by 90 days. For good cause shown, the Court HEREBY ORDERS that the initial scheduling conference is CONTINUED to February 2, 2026, at 1:30 p.m.

IT IS SO ORDERED.

Dated: **October 16, 2025**

STANLEY A. BOONE
United States Magistrate Judge