UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>MARICOPA ORCHARDS, LLC, a California limited liability company; FARID ASSEMI, an individual; FARSHID ASSEMI, an individual; DARIUS ASSEMI, an individual; and DOES 1-100,<br><br>          Defendants. | Case No. 1:24-cv-01231-KES-SAB<br><br>**ORDER GRANTING NON-PARTY THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S MOTION TO SUBSTITUTE AS PLAINTIFF PURSUANT TO FRCP 25** |

ORDER

**ORDER**

Non-Party The Prudential Insurance Company of America's ("Prudential") Motion to Substitute as Plaintiff Pursuant to FRCP 25 (the "Motion") was filed on December 2, 2025. Pursuant to Local Rule 230(c), any objections were to be filed by December 16, 2025. No objections were filed and the deadline to do so has passed.

Having reviewed the papers filed in connection with the Motion and considered the arguments of counsel, and for good cause appearing therefor,

IT IS HEREBY **ORDERED** THAT:

1. Prudential's Motion is **GRANTED**.

2. Pursuant to Federal Rule of Civil Procedure 25(c), the Prudential Insurance Company of America is hereby substituted with Plaintiff Metropolitan Life Insurance Company as the named plaintiff in this action.

3. The hearing on Prudential's Motion, currently set for January 20, 2026, is **VACATED**.

IT IS SO ORDERED.

Dated:   December 28, 2025

UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28