# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | Case No. 1:24-cv-01231-KES-SAB |
| Plaintiff, | ORDER CONTINUING INITIAL SCHEDULING CONFERENCE |
| v. | (ECF No. 48) |
| MARICOPA ORCHARDS, LLC, et al., | |
| Defendants. | |

On May 18, 2026, the parties filed a stipulation to continue the initial scheduling conference.  (ECF No. 48.)  For good cause shown, the Court HEREBY ORDERS that the initial scheduling conference is CONTINUED to September 22, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **May 19, 2026**

STANLEY A. BOONE
United States Magistrate Judge