# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARICOPA ORCHARDS, LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-01231-KES-SAB<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE |

On September 18, 2026, the parties filed a stipulation to continue the initial scheduling conference. See Metropolitan Life Insurance Company v. ACDF, LLC, No. 1:24-cv-01261-KES-SAB, ECF No. 246 (E.D. Cal. Sept. 18, 2026).[1] For good cause shown, the Court HEREBY ORDERS that the initial scheduling conference is CONTINUED to December 17, 2026, at 2:30 p.m. A joint scheduling report is due **one (1) week** prior to the conference.

IT IS SO ORDERED.

Dated: **September 18, 2026**

STANLEY A. BOONE
United States Magistrate Judge

[1] On April 2, 2026, the Hon. Kirk E. Sherriff consolidated this matter for administrative purposes with Case No. 1:24-cv-01261-KES-SAB as the lead case. Metropolitan Life Insurance Company v. ACDF, LLC, No. 1:24-cv-01261-KES-SAB, ECF No. 224 (E.D. Cal. Apr. 2, 2026).